MARY C. WICKHAM, County Counsel
ROBERT C. CARTWRIGHT, Assistant County Counsel
ROSA LINDA CRUZ, Senior Deputy County Counsel
(SBN 131541) • *rocruz@counsel.lacounty.gov*
648 Kenneth Hahn Hall of Administration
500 West Temple Street
Los Angeles, California 90012-2713
Telephone: (213) 974-1885
Facsimile: (213) 687-7337

NOSSAMAN LLP
DAVID GRAELER (SBN 197836)
dgraeler@nossaman.com
ARTIN N. SHAVERDIAN (SBN 221813)
ashaverdian@nossaman.com
777 S. Figueroa Street, 34th Floor
Los Angeles, CA 90017
Telephone:  213.612.7800
Facsimile:213.612.7801

Attorneys for Plaintiff
LOS ANGELES COUNTY METROPOLITAN
TRANSPORTATION AUTHORITY

JS-6

EXEMPT FROM FILING
FEES – GOV. CODE. § 6103

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOS ANGELES COUNTY METROPOLITAN TRANSPORTATION AUTHORITY,<br><br>Plaintiff,<br><br>vs.<br><br>3339 EXPOSITION PLACE, LP, a California Limited Partnership, et al.,<br><br>Defendants. | Case No: 2:16-cv-01472 ODW (AJWx)<br><br>ORDER REMANDING CASE TO THE SUPERIOR COURT OF THE STATE OF CALIFORNIA, COUNTY OF LOS ANGELES [13] |

CASE NO. 2:16-CV-01472 ODW(AJWX)

ORDER TO REMAND CASE TO SUPERIOR COURT

Defendant the U. S. Small Business Administration, an agency of the United States Government ("SBA"), who originally removed this case to this Honorable Court, having filed a Disclaimer of Interest for purposes of this action, disclaiming all right, title and interest in the property sought to be taken by Plaintiff Metro. (Doc. No. 11); and

Plaintiff Los Angeles County Metropolitan Transportation Authority ("Metro") and Defendant 3339 Exposition Place, LP, having stipulated that the interests of justice and judicial economy would be best served by remanding this matter to the Superior Court of the State of California for the County of Los Angeles:

**IT IS HEREBY ORDERED** that this case be remanded back to the Superior Court for the State of California, County of Los Angeles. Defendant 3339 Exposition Place, LP is not required to file a response to the Plaintiff's Complaint in Federal Court, and its Answer filed on March 9, 2016 in State Court shall suffice.

IT IS SO ORDERED.

DATED: April 13, 2016  _____
OTIS D. WRIGHT, II
United States District Judge